UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALASAN COLLEY,

                Petitioner,               Case No. 1:26-cv-1484

v.                               Honorable Jane M. Beckering

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is conditionally **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents are directed to provide Petitioner with an individualized bond hearing before an immigration judge, at which time the government will have the burden to demonstrate dangerousness or flight risk by clear and convincing evidence, within five business days of the date of this Judgment and with notice to the Parties as soon as practicable, no later than 24 hours prior to the scheduled hearing, or, in the alternative, immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** that, within six business days of the date of this Judgment, Respondents shall file a status report with the Court to certify compliance with the Court's Opinion and Judgment. The status report shall include if and when the bond hearing occurred, if bond was

granted or denied, and if bond was granted, the conditions of the bond, or if bond was denied, the

reasons for the denial.


Dated:        June 16, 2026                        /s/ Jane M. Beckering
                                                   Jane M. Beckering
                                                   United States District Judge

2